**AEE**

**07 C 7252**

## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Michelle Pantel, on behalf of herself and all other persons similarly-situated, known and unknown,

**DEFENDANTS**

TMG of Illinois, LLC d/b/a Ted's Montana Grill, Ted's Montana Grill, Inc., and George W. McKerrow, Jr.

**(b)** County of Residence of First Listed Plaintiff    Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602 (312) 419-1008

Attorneys (If Known)

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE DENLOW**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|                          | PTF | DEF |                                                      | PTF | DEF |
|--------------------------|-----|-----|------------------------------------------------------|-----|-----|
| Citizen of This State    | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|---|--------------------|------------|----------------|
| [ ]110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ]610 Agriculture | [ ]422 Appeal 28 USC 158 | [ ]400 State Reapportionment |
| [ ]120 Marine | [ ]310 Airplane | [ ]362 Personal Injury— | [ ]620 Other Food & Drug | | [ ]410 Antitrust |
| [ ]130 Miller Act | [ ]315 Airplane Product | Med. Malpractice | [ ]625 Drug Related Seizure | [ ]423 Withdrawal | [ ]430 Banks and Banking |
| [ ]140 Negotiable Instrument | Liability | [ ]365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | [ ]450 Commerce/ICC Rates/etc. |
| [ ]150 Recovery of Overpayment | [ ]320 Assault, Libel & | Product Liability | [ ]630 Liquor Laws | | [ ]460 Deportation |
| & Enforcement of Judgment | Slander | [ ]368 Asbestos Personal | [ ]640 R.R. & Truck | **PROPERTY RIGHTS** | [ ]470 Racketeer Influenced and |
| [ ]151 Medicare Act | [ ]330 Federal Employers' | Injury Product | [ ]650 Airline Regs. | [ ]820 Copyrights | Corrupt Organizations |
| [ ]152 Recovery of Defaulted | Liability | Liability | [ ]660 Occupational | [ ]830 Patent | [ ]480 Consumer Credit |
| Student Loans (excl. vet.) | [ ]340 Marine | **PERSONAL PROPERTY** | Safety/Health | [ ]840 Trademark | [ ]490 Cable/Satellite TV |
| [ ]153 Recovery of Overpayment | [ ]345 Marine Product | [ ]370 Other Fraud | [ ]690 Other | | [ ]810 Selective Service |
| of Veteran's Benefits | Liability | [ ]371 Truth in Lending | | | [ ]850 Security/Commodity/Exch. |
| [ ]160 Stockholders' Suits | [ ]350 Motor Vehicle | [ ]380 Other Personal | **LABOR** | **SOCIAL SECURITY** | [ ]875 Customer Challenge |
| [ ]190 Other Contract | [ ]355 Motor Vehicle | Property Damage | [■]710 Fair Labor Standards | [ ]861 HIA (1395ff) | 12 USC 3410 |
| [ ]195 Contract Product Liability | Product Liability | [ ]385 Property Damage | Act | [ ]862 Black Lung (923) | [ ]891 Agricultural Acts |
| [ ]196 Franchise | [ ]360 Other Personal Inj. | Product Liability | [ ]720 Labor/Mgmt. Relations | [ ]863 DIWC/DIWW (405(g)) | [ ]892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ]864 SSID Title XVI | [ ]893 Environmental Matters |
| [ ]210 Land Condemnation | [ ]441 Voting | [ ]510 Motions to Vacate | [ ]730 Labor/Mgmt.Reporting | [ ]865 RSI (405(g)) | [ ]894 Energy Allocation Act |
| [ ]220 Foreclosure | [ ]442 Employment | Sentence | & Disclosure Act | | [ ]895 Freedom of Information Act |
| [ ]230 Rent Lease & Ejectment | [ ]443 Housing/ | Habeas Corpus: | [ ]740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ]900 Appeal of Fee |
| [ ]240 Torts to Land | Accommodations | [ ]530 General | | [ ]870 Taxes (U.S. Plaintiff | Determination Under |
| [ ]245 Tort Product Liability | [ ]444 Welfare | [ ]535 Death Penalty | [ ]790 Other Labor Litigation | or Defendant) | Equal Access to Justice |
| [ ]290 All Other Real Property | [ ]445 ADA—Employment | [ ]540 Mandamus & Other | | [ ]871 IRS—Third Party | [ ]950 Constitutionality of |
| | [ ]446 ADA — Other | [ ]550 Civil Rights | [ ]791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | [ ]440 Other Civil Rights | [ ]555 Prison Condition | Security Act | | [ ]890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [■] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

29 U.S.C. § 201, et seq. for Defts' failure to pay Plt & other similarly-situated employees earned min.wage, overtime, etc.

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[■] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [■]Yes [ ]No

**IX. This case** [■] is not a refiling of a previously dismissed action.

[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE    12/27/2007

SIGNATURE OF ATTORNEY OF RECORD

s/Douglas M. Werman

**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT