U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                              Case Number: 07 C 7252

Michelle Pantel, on behalf of herself and all other persons similarly-situated, known and unknown,
vs.
TMG of Illinois, LLC d/b/a Ted's Montana Grill, Ted's Montana Grill, Inc., and George W. McKerrow, Jr.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |
| --- |
| Jamie G. Sypulski |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Jamie G. Sypulski |

| FIRM |
| --- |
| Law Office of Jamie G. Sypulski |

| STREET ADDRESS |
| --- |
| 122 South Michigan Avenue, Suite 1720 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6210233 | 312-360-0960 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |