**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE PANTEL, on behalf of herself., ) <br> And all other persons similarly situated, known ) <br> And unknown, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TMG OF ILLINOIS, LLC, d/b/a TED'S ) <br> MONTANA GRILL, TED'S MONTANA ) <br> GRILL, INC., and GEORGE W. MCKERROW, ) <br> JR., ) <br> ) <br> Defendants. ) | Case No. 07 C 7252 <br><br> Judge Joan B. Gottschall <br> Magistrate Judge Denlow |

**AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants TMG of Illinois, LLC, d/b/a Ted's Montana Grill, Ted's Montana Grill, Inc., and George W. McKerrow Jr., (collectively, the "Defendants"), by and through their attorneys, move this Court for a brief 7-day extension of time until March 28, 2008, by which to Answer or otherwise plead in response to Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. Defendants are due to file their Answer or otherwise plead in response to Plaintiff's Complaint on March 21, 2008.

2. Defendants seek an additional 7 days to further investigate and assess the allegations of Plaintiff's Complaint in preparing its response to same.

3. This Agreed Motion is not filed for purposes of delay.

- 2 -

WHEREFORE, Defendants, with the agreement of Plaintiff, respectfully request until March 28, 2008, to file their Answer or other pleading in response to Plaintiff's Complaint.

Dated:  March 19, 2008                                          Respectfully submitted,

**TMG OF ILLINOIS, LLC, d/b/a TED's MONTANA GRILL, TED'S MONTANA GRILL, INC., and GEORGE W. MCKERROW, JR.**

By:  s/ Jason C. Kim_____
        One of Their Attorneys

Jason C. Kim
NEAL GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-8019

- 3 -

## CERTIFICATE OF SERVICE

I, Jason C. Kim, an attorney, hereby certify that a copy of the foregoing *Agreed Motion For Extension of Time to Answer or Otherwise Plead* was served upon the following parties electronically (via ECF) on March 19, 2008:

>Douglas M. Werman
>Maureen A. Bantz
>Werman Law Office, P.C.
>77 West Washington St., Suite 1402
>Chicago, IL  60602
>
>Jamie G. Sypulski
>Law Office of James G. Sypulski
>122 South Michigan Avenue., Suite 1720
>Chicago, IL  60603

And via email to:

>John R. Hunt
>Theodore S. Lu
>Shea, Stokes, Roberts & Wagner, ALC
>3593 Hemphill Street
>Atlanta, GA  30337
>(404) 766-0076

          s/ Jason C. Kim
          One of Defendant's Attorneys

NGEDOCS: 1515085.1