IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE PANTEL, on behalf of herself., ) <br> And all other persons similarly situated, known ) <br> And unknown, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TMG OF ILLINOIS, LLC, d/b/a TED'S ) <br> MONTANA GRILL, TED'S MONTANA ) <br> GRILL, INC., and GEORGE W. MCKERROW, ) <br> JR., ) <br> ) <br> Defendants. ) | Case No. 07 C 7252 <br><br> Judge Joan B. Gottschall <br> Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Douglas M. Werman <br> Maureen A. Bantz <br> Werman Law Office, P.C. <br> 77 West Washington St., Suite 1402 <br> Chicago, IL  60602 | Jamie G. Sypulski <br> Law Office of James G. Sypulski <br> 122 South Michigan Avenue., Suite 1720 <br> Chicago, IL  60603 |

    On Thursday, March 27, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan B. Gottschall in Room 2325 or any judge sitting in her stead, in the courtroom usually occupied by her in Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois  60604 and then and there present the attached *Agreed Motion For Extension of Time to Answer or Otherwise Plead*.

                                                          Respectfully submitted,

                                                          **TMG OF ILLINOIS, LLC, d/b/a TED's**
                                                          **MONTANA GRILL, TED'S MONTANA**
                                                          **GRILL, INC., and GEORGE W.**
                                                          **MCKERROW, JR.**

                                                          By:  <u>s/ Jason C. Kim</u>
                                                                      One of Their Attorneys

Jason C. Kim
NEAL GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-8019

## **CERTIFICATE OF SERVICE**

I, Jason C. Kim, an attorney, hereby certify that a copy of the foregoing *Notice of Motion* was served upon the following parties electronically (via ECF) on March 19, 2008:

    Douglas M. Werman
    Maureen A. Bantz
    Werman Law Office, P.C.
    77 West Washington St., Suite 1402
    Chicago, IL  60602

    Jamie G. Sypulski
    Law Office of James G. Sypulski
    122 South Michigan Avenue., Suite 1720
    Chicago, IL  60603

And via email to:

    John R. Hunt
    Theodore S. Lu
    Shea, Stokes, Roberts & Wagner, ALC
    3593 Hemphill Street
    Atlanta, GA  30337
    (404) 766-0076


                                           s/ Jason C. Kim
                                             One of Defendant's Attorneys

NGEDOCS: 1515107.1