IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| MICHELLE PANTEL on behalf of herself and all other persons similarly situated, known or unknown, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 07-C-7252 Hon. Joan B. Gottschall |
| TMG OF ILLINOIS, LLC, d/b/a TED'S MONTANA GRILL, TED'S MONTANA GRILL, INC., and GEORGE W. MCKERROW, JR., | * * * * * | |
| Defendants. | * | |

## DEFENDANTS' NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Rule 3.2 of the Local Rules for the United States District Court for the Northern District of Illinois, Defendants TMG of Illinois, LLC ("TMGI"), and Ted's Montana Grill, Inc. ("TMG"), by and through their attorney, John R. Hunt, state as follows: TMG is a Georgia corporation with its principal place of business in Atlanta, Georgia. TMG is a privately-held corporation and has no publicly-held affiliates. TMGI is a Georgia limited liability company whose sole member is TMG. TMGI is privately-held and has no publicly-held affiliates.

Dated: March 28, 2008.

SHEA STOKES ROBERTS & WAGNER, ALC

s/s John R. Hunt
Theodore Lu
Admitted *Pro Hac Vice*
3593 Hemphill Street
College Park, GA 30337
404.766.0076 Telephone
404.766.8823 Facsimile

4818-2306-0226.1

        Attorneys for Defendants

        <u>s/s Jason C. Kim</u>
        Neal Gerber & Eisenberg LLP
        2 N. LaSalle Street, Suite 2200
        Chicago, IL 60602
        312.269.8019

        Local Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| MICHELLE PANTEL on behalf of herself and all other persons similarly situated, known or unknown, | * * * * |
| Plaintiff, | * * |
| v. | * Case No. 07-C-7252 |
| TMG OF ILLINOIS, LLC, d/b/a TED'S MONTANA GRILL, TED'S MONTANA GRILL, INC., and GEORGE W. MCKERROW, JR., | * * * * * |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendants' Notification of Affiliates – Disclosure Statement** was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also mailed by United States Mail, postage prepaid, addressed as follows:

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, IL  60602

Jamie G. Sypulski
Law Office of Jamie G. Sypulski
122 South Michigan Avenue, Suite 1720
Chicago, IL  60603

This 28th day of March, 2007.

s/s   Jason C. Kim

NGEDOCS: 1518328.1

4818-2306-0226.1