**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Michelle Pantel
                        Plaintiff,

v.                                                    Case No.: 1:07−cv−07252
                                                         Honorable Joan B. Gottschall

TMG of Illinois LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall:Status hearing held on 4/30/2008. Briefing schedule as to MOTION by Defendants TMG of Illinois LLC, Ted's Montana Grill Inc, George W McKerrow, Jr to stay Proceedings and Compel Arbitration [21] is as follows:( Responses due by 5/29/2008, Replies due by 6/12/2008.) Ruling by mail. No appearance required on 5/1/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.