IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE PANTEL on behalf of herself and all other persons similarly situated, known or unknown,<br><br>    Plaintiff,<br><br>v.<br><br>TMG OF ILLINOIS, LLC, d/b/a TED'S MONTANA GRILL, TED'S MONTANA GRILL, INC., and GEORGE W. MCKERROW, JR.,<br><br>    Defendants. | Case No. 07-C-7252<br>Hon. Joan B. Gottschall |

## DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE EXHIBIT A TO DEFENDANTS' ANSWER TO COMPLAINT

Defendants TMG of Illinois, LLC, d/b/a Ted's Montana Grill, Ted's Montana Grill, Inc., and George W. McKerrow, Jr., respectfully move this Court to grant leave to Defendants to withdraw and substitute Exhibit A to Defendants' Answer to Complaint. In support of this Motion, Defendants state as follows:

1.    In support of their Answer to Complaint, Defendants attached the Arbitration Policy and Arbitration Agreement Acknowledgment Form signed by Plaintiff Michelle Pantel as Exhibit A thereto.

2.    Defendants filed Exhibit A to their Answer to Complaint without redacting the reference to Plaintiff's social security number on the Arbitration Agreement Acknowledgment Form.

3. Defendants seek leave to withdraw Exhibit A to their Answer to Complaint, and substitute it with a redacted version without the reference to Plaintiff's social security number. A copy of the redacted version is attached as Exhibit 1 hereto.

WHEREFORE, defendants respectfully request that this Court enter an Order granting leave to Defendants to withdraw Exhibit A to their Answer to Complaint and substitute it with the version attached as Exhibit 1 hereto.

Dated: May 29, 2008.

Respectfully submitted,

**TMG OF ILLINOIS, LLC, d/b/a TED's MONTANA GRILL, TED'S MONTANA GRILL, INC., and GEORGE W. MCKERROW, JR.**

By: s/ Jason C. Kim
    One of Their Attorneys

John R. Hunt
Theodore Lu
Admitted *Pro Hac Vice*
Shea Stokes Roberts & Wagner, ALC
3593 Hemphill Street
College Park, GA  30337
404.766.0076 Telephone
404.766.8823 Facsimile

Attorneys for Defendants


Jason C. Kim
Neal Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 2200
Chicago, IL  60602
312.269.8019

Local Counsel for Defendants

2

## CERTIFICATE OF SERVICE

I, Jason C. Kim, an attorney, hereby certify that a copy of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE EXHIBIT A TO DEFENDANTS' ANSWER TO COMPLAINT** was served upon the following parties electronically (via ECF) on May 29, 2008:

>Douglas M. Werman
>Maureen A. Bantz
>Werman Law Office, P.C.
>77 West Washington St., Suite 1402
>Chicago, IL  60602
>
>Jamie G. Sypulski
>Law Office of James G. Sypulski
>122 South Michigan Avenue., Suite 1720
>Chicago, IL  60603

>   s/ Jason C. Kim
>      One of Defendant's Attorneys

NGEDOCS: 1535854.1