**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE PANTEL, on behalf of herself., And all other persons similarly situated, known And unknown, )<br><br>Plaintiff, )<br><br>v. )<br>)<br>TMG OF ILLINOIS, LLC, d/b/a TED'S MONTANA GRILL, TED'S MONTANA GRILL, INC., and GEORGE W. MCKERROW, JR., )<br><br>Defendants. ) | Case No. 07 C 7252<br>Judge Joan B. Gottschall |

## NOTICE OF MOTION

TO:

Douglas M. Werman             Jamie G. Sypulski
Maureen A. Bantz              Law Office of James G. Sypulski
Werman Law Office, P.C.       122 South Michigan Avenue., Suite 1720
77 West Washington St., Suite 1402   Chicago, IL  60603
Chicago, IL  60602

On Thursday, June 19, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan B. Gottschall in Room 2325 or any judge sitting in her stead, in the courtroom usually occupied by her in Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois  60604 and then and there present the attached *Defendants' Motion For Leave To Withdraw And Substitute Exhibit A To Defendants' Answer To Complaint.*

          Respectfully submitted,

          **TMG OF ILLINOIS, LLC, d/b/a TED's MONTANA GRILL, TED'S MONTANA GRILL, INC., and GEORGE W. MCKERROW, JR.**

          By:  s/ Jason C. Kim_____
                One of Their Attorneys

John R. Hunt
Theodore Lu
Admitted *Pro Hac Vice*
Shea Stokes Roberts & Wagner, ALC
3593 Hemphill Street
College Park, GA  30337
404.766.0076 Telephone
404.766.8823 Facsimile

Attorneys for Defendants


Jason C. Kim
Neal Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 2200
Chicago, IL  60602
312.269.8019

Local Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Jason C. Kim, an attorney, hereby certify that a copy of the foregoing *Notice of Motion* was served upon the following parties electronically (via ECF) on May 29, 2008:

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington St., Suite 1402
Chicago, IL  60602

Jamie G. Sypulski
Law Office of James G. Sypulski
122 South Michigan Avenue., Suite 1720
Chicago, IL  60603

           s/ Jason C. Kim
           One of Defendant's Attorneys