IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE PANTEL, on behalf of herself and all other persons similarly situated, known and unknown,<br><br>    **Plaintiff,**<br><br>v.<br><br>TMG OF ILLINOIS, LLC, d/b/a TED'S MONTANA GRILL, TED'S MONTANA GRILL, INC., and GEORGE W. MCKERROW, JR.,<br><br>    **Defendants.** | Case No. 07 C 7252<br><br>Judge Gottschall<br><br>Magistrate Judge Denlow |

## NOTICE OF FILING

TO:    Jason Kim                                       John R. Hunt
Neal, Gerber & Eisenberg, LLP          Shea Stokes, A Law Corporation
Two North LaSalle, Suite 2200           3593 Hemphill Street
Chicago, IL 60602                           College Park, GA 30337

        **PLEASE TAKE NOTICE** that on May 29, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's Response to Defendants' Motion to Stay and Compel Arbitration**, a copy of which is attached hereto and is hereby served upon you.

                                                                                  Respectfully submitted,

Dated: May 29, 2008                                 s/Jamie G. Sypulski
                                                                                  Jamie G. Sypulski
                                                                                   Law Office of Jamie G. Sypulski
                                                                                    122 South Michigan Avenue, Suite 1720
                                                                                    Chicago, Illinois 60603
                                                                                    312/360-0960

                                                                                    Attorneys for Plaintiff