## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7252 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Pantel vs. TMG of Illinois, LLC | | |

**DOCKET ENTRY TEXT**

Defendants' motion [25] for leave to withdraw and remove Exhibit A to Answer to Complaint [20] and substitute with redacted Exhibit A [25-2] to Defendants' answer to complaint is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|