# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7252 | **DATE** | 11/17/2008 |
| **CASE TITLE** | Michelle Pantel vs. TMG of Illinois, LLC et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached order, the defendants' motion to stay proceedings and compel arbitration [21] is granted and the plaintiff is ordered to proceed to arbitration. The balance of the case is stayed pending arbitration. The parties are ordered to contact the courtroom deputy and request that a status hearing be set within 30 days of the arbitrator's final decision. The court directs the clerk to remove docket number [21-2] from CM/ECF due to non-compliance with Federal Rule of Civil Procedure 5.2(a) and orders the defendants to refile the exhibits, with an appropriately redacted Arbitration Policy.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DAM/RJ |
|---|---|---|